IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR -5 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:16cr8 KS-MTP

COREY EATON  21 U.S.C. § 846

**The Grand Jury charges:**

That beginning sometime in 2011 and continuing up to the date of this Indictment, in Forrest County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **COREY EATON**, did knowingly conspire with others both known and unknown to the Grand Jury, to possess with intent to distribute in excess of five kilograms of cocaine hydrochloride, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the

intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/ signature redacted

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the __5__ day of __April__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2